IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA CABRERA,<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 4:23-cv-00456-ALM |
| COSTCO WHOLESALE<br>CORPORATION,<br>　　Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. #27). The Court, having considered the Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

It is therefore ORDERED that this matter be hereby dismissed with prejudice, with each party incurring their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED** this 1st day of April, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE